THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS TISHMAN & SONS, INC., Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Tishman & Sons, Inc.*, v. *Purdy*, 179 App. Div. 754, affirmed.

(Argued January 9, 1918; decided January 29, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 26, 1917, which reversed an order of Special Term denying a motion to quash a writ of certiorari and granted said motion. The proceeding was brought to review an assessment for taxation for the year 1917 on certain real property of the relator. The ground alleged for the review of the assessment was that the commissioners of taxes and assessments had, in violation of the provisions of section 889a of the New York City charter, included in the assessment the value of the building upon the premises, the construction of which building was not commenced until February 15, 1916, and which building was not ready for occupancy on October 1, 1916. Upon the relator's petition a writ of certiorari was granted, and the respondents moved to quash the said writ and dismiss the proceedings on the grounds that the petition did not allege facts sufficient to show that the assessment complained of was illegal; that under subdivision 3 of section 21 of chapter 62 of the Laws of 1909 (Consol. Laws, chap. 60), the total assessment for the land and buildings thereon only could be reviewed, and that the petition contained no allegation showing that the total assessment of the land with the building thereon was erroneous by reason of overvaluation.

*John M. Stoddard* for appellant.

*William P. Burr, Corporation Counsel* (*William H. King* and *Eugene Fay* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, CARDOZO, POUND and ANDREWS, JJ.